# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ONEJET, INC.,<br><br>Debtor.<br><br>_____<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>BOUSTEAD SECURITIES, LLC; MELVIN PIRCHESKY; EAGLE VENTURES, INC.; and ROBERT CAMPBELL,<br><br>Defendants.<br><br>_____<br><br>BOUSTEAD SECURITIES, LLC,<br><br>Movant,<br>v.<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>Respondent. | Case No:  18-24070-GLT<br>Chapter 7<br><br>Adversary No:  20-02172-GLT<br>Related to Docs. Nos. 4 and 5<br><br>Objection Deadline:<br>December 17, 2020<br><br>Hearing Date and Time:<br>January 8, 2021 at 1:30 p.m. |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM OF LAW IN SUPPORT OF BOUSTEAD'S MOTION TO DISMISS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on  November 24, 2020  .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   CM/ECF Notice and U.S. Mail, as indicated  .

4816-8042-8499

EXECUTED ON:    See attached list.

|  |  |
|---|---|
|  | **JACKSON KELLY PLLC** |
| Dated: <u>November 24, 2020</u> | By: */s/ Jason L. Ott* |
|  | Jason L. Ott (PA Bar No. 307212) |
|  | Sylvia N. Winston (PA Bar No. 318285) |
|  | Ron G. Jones (PA Bar No. 208045) |
|  | Jackson Kelly PLLC |
|  | 501 Grant Street, Suite 1010 |
|  | Pittsburgh, PA 15219 |
|  | Phone: 412-434-8055 |
|  | jason.ott@jacksonkelly.com |
|  | sylvia.winston@jacksonkelly.com |
|  | ron.jones@jacksonkelly.com |
|  |  |
|  | ***and*** |
|  |  |
|  | By: */s/ Andrew R. Shedlock* |
|  | Christopher Parrington *(Pro hac vice)* |
|  | Andrew Shedlock *(Pro hac vice)* |
|  | Kutak Rock LLP |
|  | 60 South Sixth Street, Suite 3400 |
|  | Minneapolis, MN 55402 |
|  | Phone:  612-334-5000 |
|  | christopher.parrington@kutakrock.com |
|  | andrew.shedlock@kutakrock.com |
|  |  |
|  | ***Attorneys for Defendant Boustead Securities, LLC*** |

4816-8042-8499

SERVICE LIST

*Service by Electronic Notification through the CM/ECF System on all parties/counsel so registered therewith in this case, including but not limited to:*

> Kirk B. Burkley, Esq.
> Kerri Coriston Sturm, Esq.
> John J. Richardson, Esq.
> Bernstein-Burkley, P.C.
> 707 Grant Street
> Suite 2200, Gulf Tower
> Pittsburgh, PA 15222
> Email: ksturm@bernsteinlaw.com
> *Special Counsel to Plaintiff Rosemary C. Crawford, Chapter 7 Trustee*

*Service by U.S. First Class Mail, postage pre-paid on the following:*

> Kirk B. Burkley, Esq.
> Kerri Coriston Sturm, Esq.
> John J. Richardson, Esq.
> Bernstein-Burkley, P.C.
> 707 Grant Street
> Suite 2200, Gulf Tower
> Pittsburgh, PA 15222
> Email: ksturm@bernsteinlaw.com
> *Special Counsel to Plaintiff Rosemary C. Crawford, Chapter 7 Trustee*

> Robert Campbell
> 6 Venture
> Suite 325
> Irvine, CA 92618

> Eagle Ventures, Inc.
> 425 N. Craig Street
> Pittsburgh, PA 15213

> Melvin Pirchesky
> 400 South Highland Avenue
> Apt. 3
> Pittsburgh, PA 15206

3

4816-8042-8499